UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAVIAN DENZEL KIRTON,

                           Plaintiff,

               -against-

CORRECTION OFFICER JOHN DOE et. al.,

                         Defendants.
------------------------------------------------------------------X

20-cv-10860-KMK-VR

**ORDER RE
SETTLEMENT CONFERENCE
PROCEDURES**

**VICTORIA REZNIK, United States Magistrate Judge:**

      This matter is scheduled for a telephonic settlement conference before Magistrate Judge Victoria Reznik on **August 9, 2023 at 2:30 pm**. The following procedures shall apply.

      1.  **Confidentiality.** All settlement conferences are "off the record" and strictly confidential. All communications relating to settlement may not be used in discovery and will not be admissible at trial.

      2.  ***Ex parte* letter submissions.** No later than five (5) business days before the conference, counsel for Defendant must send the Court <u>by e-mail</u> an *ex parte* letter, marked "Confidential Material for Use Only at Settlement Conference," which should not be served on the other parties or filed on ECF. The letter should be sent by e-mail to: [ReznikNYSDChambers@nysd.uscourts.gov](mailto:ReznikNYSDChambers@nysd.uscourts.gov).

      Also, no later than (5) business days before the conference, Plaintiff must send the court an *ex parte* letter, marked "Confidential Material for Use Only at Settlement Conference," which should not be served on the other parties or filed on ECF. The letter should be sent by mail to:

Hon. Victoria Reznik
300 Quarropas Street
White Plains, NY 10601-4150

      The *ex parte* letters must not exceed ten (10) pages in length (not including exhibits) unless permission to do so has been granted by the Court. The letter should include, at a minimum, the following: (1) the history of settlement negotiations, if any, including any prior offers or demands; (2) the key issues of fact and/or law in the case; (3) the party's evaluation of

the settlement value of the case and the rationale for it; (4) any case law authority in support of the party's settlement position; and (5) any other facts that would be helpful to the Court in preparation for the conference. If a letter is accompanied by attachments exceeding ten (10) pages, the submitting party shall deliver a hard copy of the letter plus attachments to the Court.

3. **Exchange of Demand/Offer.** If the plaintiff has not already made a settlement demand, such a demand must be communicated to the opposing party **no later than 14 days before the conference**. If it has not already done so, the opposing party shall respond to any demand **no later than 7 days thereafter**. The parties should not wait for the settlement conference to start negotiations of a resolution of their dispute.

4. **Attendance.** It is the Court's standard practice to require parties – and not just counsel – to attend settlement conferences. A person with ultimate settlement authority on behalf of each party must attend the settlement conference or otherwise be available by phone to approve any proposed settlement. Any party who fails to comply with the attendance requirements may be required to reimburse all other parties for their time and travel expenses, if any, and may face other sanctions.

**Re: Incarcerated Prisoners**

*Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone. The call will occur on AT&T Conference Line (877) 336-1839, Access Code 5999739, security code to be provided separately.*

SO ORDERED.

DATED:   White Plains, New York
         July 10, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge