UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Kirton,

                                Plaintiffs,

               -against-

Westchester County DOC, et al.,

                                Defendant.
-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:20-cv-10860-KMK-VR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **June 11, 2024 at 11 AM**. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

**Re: Incarcerated Prisoners**

      *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

      **SO ORDERED.**

DATED:     White Plains, New York
                April 12, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge