```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

Kirton,

                                Plaintiffs,

               -against-

Westchester County DOCCS, et al.,

                              Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:20-cv-10860 KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **July 10, 2024 at 10 AM** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference. At the Status Conference, the parties should be prepared to provide an update as to the status of the case.

**Re: Incarcerated Prisoners**

    *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

    SO ORDERED.

DATED:    White Plains, New York
                June 17, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

**COPY MAILED TO PRO SE PLAINTIFF AT ELMIRA CORRECTIONAL FACILITY BY CHAMBERS OF VICTORIA REZNIK, USMJ ON JUNE 17, 2024**