**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Savian D. Kirton,

                               Plaintiff,                      7:20-cv-10860 KMK-VR

                  -against-                                      **ORDER**

Westchester County DOCCS, et al.,
                              Defendants.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

       On July 10, 2024, the Court held a telephonic status conference for which all parties appeared. Due to a technological error, the parties were all disconnected from the call and unsuccessful in reconvening. Despite this, the Court was able to give several directions to the parties, which it will outline here.

       Defendant is directed to serve the HIPPA Release Authorization Forms on Plaintiff by **July 12, 2024**.

       As the parties have not yet exchanged initial requests for production of documents and requests for interrogatories, the parties are directed to serve their requests by **July 31, 2024**.

       Under the parties' Case Management Plan, fact discovery is to be completed by September 30, 2024, and expert discovery is to be completed by August 14, 2024, effectively running the deadlines concurrently. Specifically, all expert disclosures for Plaintiff were due by July 31, 2024, and for Defendant by August 14, 2024. Because the parties have not yet engaged in document

1

discovery, the Court has extended the deadlines for expert discovery. Plaintiff's expert disclosures, if any, are now due by **August 14, 2024**, and Defendant's expert disclosures, if any, are due by **August 28, 2024**. The parties are still on schedule to attend their Case Management Conference with Judge Karas on October 24, 2024.

The parties are further directed to submit a joint letter by no later than **August 2, 2024**, providing the Court with an update on the status of discovery. The parties' letter should detail the progress of discovery over the prior month and the anticipated next steps in the upcoming month. By separate order, the Court will schedule another status conference in August.

The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff.

**SO ORDERED.**

DATED:    White Plains, New York
          07/10/24

_____
VICTORIA REZNIK
United States Magistrate Judge