UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Kirton,

                              Plaintiffs,

        -against-

Westchester County
Department of Corrections/Facility/Jail et al.,
                              Defendant.
-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:20-cv-10860-KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **August 21, 2024 at 11 am**. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

### Re: Incarcerated Prisoners

    *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

    SO ORDERED.

DATED:    White Plains, New York
                August 6, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge