UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SAVIAN D. KIRTON,

                Plaintiff,

-against-

WESTCHESTER COUNTY DOCCS, et al.,

                Defendants.
----------------------------------------------------------------x

**ORDER TO TAKE THE DEPOSITION OF INCARCERATED INDIVIDUAL**

7:20-CV-10860

It is ordered that counsel from the County of Westchester, Office of the County Attorney, may take the deposition of incarcerated individual Savian Kirton at the Elmira Correctional Facility or any facility where he is currently housed, either in person or by remote means, on or before **September 26, 2024**. Additionally, staff at the Elmira Correctional Facility are directed to test the remote deposition link on **September 25, 2024,** by no later than **2:00 p.m.** to troubleshoot any potential issues ahead of the remote deposition.

Dated: September 19, 2024

White Plains, New York

                                              So Ordered:

                                              _____
                                              VICTORIA REZNIK
                                              United States Magistrate Judge