UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Savian D. Kirton,

                                    Plaintiff,                                     7:20-cv-10860 KMK-VR

                    -against-
                                                                                   **ORDER RE STATUS
Westchester County DOCCS, et al.,                                                  CONFERENCE**
                                    Defendants.
----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for **February 19, 2026 at 10:30 am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.  At the conference, the parties should be prepared to provide an update on the status of the case and the anticipated discovery relating to Plaintiff's claim of a neck injury. (ECF No. 112).


**Re: Incarcerated Prisoners**

        *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

        **SO ORDERED.**

DATED:      White Plains, New York
            January 29, 2026

                                                        _____
                                                        VICTORIA REZNIK
                                                        United States Magistrate Judge

1