UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Kirton,**

                                    Plaintiffs,

                    -against-

**Westchester County DOCCS, et al.,**

                                    Defendant.
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 2/19/2026 _
```

**ORDER RE STATUS CONFERENCE**

*7: 20-cv -10860 KMK-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for **April 7, 2026  at  11 am**. The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference.
        .

**Re: Incarcerated Prisoners**

        *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

        **Plaintiff is directed to provide new address to the Pro Se Unit, 300 Quarropas St., White Plains, NY, so his address on the docket may be updated.**

            **SO ORDERED.**

DATED:        White Plains, New York
              February 19, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge

**Copy mailed to Pro Se Plaintiff   on February 19, 206 by Chambers of Judge Reznik at Clinton Correction Facility, location  to where Plaintiff has been transferred, verified by NYS DOCCS Inmate Lookup.**