UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Kirton**,

                                        Plaintiffs,

                        -against-

**Westchester County Department of Corrections, et al.,**

                                        Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 4/8/2026 __

**ORDER RE STATUS CONFERENCE**

*7:20-cv-10860  KMK-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for **May 5, 2026 at 11:-00 am**. The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference.
        .

**Re: Incarcerated Prisoners**

        *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*
        **SO ORDERED.**

DATED:        White Plains, New York
              April 8, 2026

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge