**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

Savian D. Kirton,

                                        Plaintiff,

                    -against-

Westchester County DOCCS, et al.,

                                        Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2026

7:20-cv-10860 KMK-VR

**ORDER RE STATUS**
**CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for **June 9, 2026 at 11:00 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.  At the conference, the parties should be prepared to provide an update on the status of discovery.

**Re: Incarcerated Prisoners**

        *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

            **SO ORDERED.**

DATED:      White Plains, New York
                May 5, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge

1