UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

SAVIAN D. KIRTON,

Plaintiff,

-against -

WESTCHESTER COUNTY DOCCS, et al.,

Defendants.

--------------------------------------------------------------x

**ORDER TO TAKE THE DEPOSITION OF INCARCERATED INDIVIDUAL**

7:20-CV-10860

It is ordered that counsel from the County of Westchester, Office of the County Attorney, may take the deposition of incarcerated individual Savian Kirton at the Clinton Correctional Facility or any facility where he is currently housed, either in person or by remote means, on or before **September 25, 2026**. Additionally, staff at the Clinton Correctional Facility are directed to test the remote deposition link on **September 24, 2026,** by no later than **2:00 p.m.** to troubleshoot any potential issues ahead of the remote deposition.

Dated: September 11, 2026

White Plains, New York

So Ordered:

VICTORIA REZNIK
United States Magistrate Judge